UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW ESKAROS,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 26 C 255<br><br>Judge Ellis |

**<u>ORDER TO REMAND</u>**

Plaintiff's application for naturalization is remanded to United States Citizenship and Immigration Services (USCIS). USCIS is instructed to issue an adjudicative action on plaintiff's naturalization application within 30 days. The case may be reinstated within 90 days of this order if USCIS does not act on the application within 30 days of this order. Each party shall bear its own costs and fees.

ORDERED:

Dated: July 29, 2026

Sara L. Ellis
United States District Judge